IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NANIK BHAGIA, SAIHAT CORPORATION,** § § § | |
| Plaintiffs, § § | |
| v. § | Civil Action No. 4:22-cv-00452 |
| § § | |
| **PHH MORTGAGE SERVICES, INC.,** § § | |
| Defendant. § | |

## JOINT STATUS REPORT

Plaintiffs Nanik Bhagia and Saihat Corporation ("Plaintiffs") and Defendant PHH Mortgage Services, Inc. ("Defendant") (collectively the "Parties") file this Joint Status Report as ordered by the Court (ECF No. 16, Minute Entry on July 14, 2022) and respectfully show the Court as follows:

Plaintiffs submitted an offer to Defendant, which is currently being reviewed by Defendant. Defendant needs to conduct an appraisal of the Property to properly consider Plaintiffs' offer. An exterior appraisal has been conducted. The Parties are in the process of arranging an interior appraisal. The Parties believe that non-binding mediation may be useful to resolve the issues in this case if the settlement discussions fail.

Furthermore, the Parties have discussed a potential mediator, Honorable John Coselli, former judge for the 125th Judicial District Court of Harris County, Texas, to mediate this dispute. The Parties respectfully request the opportunity to mediate this dispute prior to a trial setting.

Respectfully submitted,

By:   */s/ Nicholas M. Frame*
    **MARK D. CRONENWETT**
    Attorney in Charge
    Texas Bar No. 00787303
    Southern District Admission # 21340
    mcronenwett@mwzmlaw.com

    **NICHOLAS M. FRAME**
    Of Counsel
    Texas Bar No. 24093448
    Southern District Admission #3121681
    nframe@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

**ATTORNEYS FOR DEFENDANT**

*/s/ Jerry Schutza*
Jerry Schutza
SBN: 17853800
815 Walker, Ste. 1453
Houston, Texas 77002
Telephone (713) 963 9988
Facsimile: (713) 963 0085
Email: schutzalaw@yahoo.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 11, 2022, a true and correct copy of the foregoing was served via e-service on the following counsel of record:

Jerry L. Schutza
815 Walker Street, Suite 1453
Houston, Texas 77002

              */s/ Nicholas M. Frame*
              **NICHOLAS M. FRAME**