# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Nanik Bhagia, et al.

v.  Case Number: 4:22–cv–00452

PHH Mortgage Services, Inc.,

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/29/2023

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   March 20, 2023

Nathan Ochsner, Clerk