United States District Court
Southern District of Texas
**ENTERED**
September 20, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u> PRESIDING
DATE: <u>September 20, 2023</u>
COURT REPORTER: <u>    </u>
MORNING: <u>            </u>   AFTERNOON: <u>                </u>
*********************************************************************

CIVIL NO: 4:22cv452

Nanik Bhagia,

       Plaintiff

PHH Mortgage Services, Inc.

       Defendant

*********************************************************************
<u>MINUTE ENTRY ORDER:</u>

<u>On July 28, 2023, Defendant filed a Motion for Summary Judgment. (Dkt. No. 33.) Plaintiffs' response was due on or before August 18, 2023. On August 17, 2023, Plaintiffs filed a Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Dkt. No. 34.) The Court granted Plaintiffs' Motion for Extension of Time on August 21, 2023. (Dkt. No. 35.) Per the Court's Order, Plaintiffs' deadline to respond was extended to August 24, 2023. (Dkt. No. 35.) On September 12, 2023, Defendant filed a Notice of No Response to Defendant's Motion for Summary Judgment. (Dkt. No. 36.) As of the date of this Order, Plaintiffs have failed to file a response. It is ORDERED that Plaintiffs file a response to Defendant's Motion for Summary Judgment by September 27, 2023.</u>

    SIGNED in Houston, Texas, the <u>20th</u> of September, 2023.

                                                     _____
                                                      Sam Sheldon
                                                United States Magistrate Judge