United States District Court
Southern District of Texas

**ENTERED**

October 27, 2023

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NANIK BHAGIA, SAIHAT CORPORATION,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:22-CV-452** |
| **PHH MORTGAGE SERVICES, INC.,** | § § § | |
| **Defendant.** | § | |

## <u>FINAL JUDGMENT</u>

In accordance with the Memorandum Opinion entered October 27, 2023, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment (Dkt. No. 33) is **GRANTED**. The

case is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

**SIGNED** in Houston, Texas on October 27, 2023.

_____
Sam S. Sheldon
United States Magistrate Judge